GENEVA M. DENNIN, Appellant, v. JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.

*Carriers — loss of baggage shipped by express — limitation of liability.*

*Dennin v. Fargo*, 181 App. Div. 961, affirmed.

(Argued October 8, 1920; decided October 22, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1918, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury. The relief asked in the complaint was damages in the sum of $615.50, with interest thereon, for the loss of a part of the baggage of the plaintiff, which the American Express Company undertook to transport for her to the city of Troy from the city of New York. The answer of the defendant asserted a special contract limiting the liability of the American Express Company to the sum of $50 damages for a shipment of one hundred pounds, and fifty cents a pound for the excess weight above one hundred pounds.

*John T. Norton* for appellant.

*Jarvis P. O'Brien* and *Martin L. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.